JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION – SANTA ANA

| | |
|---|---|
| **James Wilkinson**, | Case No. SACV 16-01976 AG (DFMx) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| **Mark Magrann**, **Theresa Pines, and Does 1 through 10** | |
| Defendants. | |

The Court enters judgment for Defendants and against Plaintiff.

Dated March 19, 2018

Hon. Andrew J. Guilford
United States District Judge