# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| James Wilkinson,<br><br>                            Plaintiff(s)<br>v.<br><br>Mark Magrann, Theresa Pines, and Does 1 through 10,<br><br>                            Defendant(s). | CASE NUMBER<br><br>SACV 16-01976 AG (DFMx)<br><br><br>MEDIATION REPORT |

*Instructions:* The mediator must file this Report within 5 days after the conclusion of a mediation session even if the negotiations continue. If the case later settles with the assistance of the mediator, the mediator must file a subsequent Report.

1. ☐ A mediation was held on (date): _____.

   ☑ A mediation did not take place because the case settled before the session occurred.

2. The individual parties and their respective trial counsel, designated corporate representatives, and/or representatives of the party's insurer:
   - ☐ Appeared as required by Civil L.R. 16-15.5(b).
   - ☐ Did not appear as required by Civil L.R. 16-15.5(b).
      - ☐ Plaintiff or plaintiff's representative failed to appear.
      - ☐ Defendant or defendant's representative failed to appear.
      - ☐ Other:

3. Did the case settle?
   - ☐ Yes, fully, on _____ (date).
   - ☐ Yes, partially, and further facilitated discussions are expected. *(See No. 4 below.)*
   - ☐ Yes, partially, and further facilitated discussions are **not** expected.
   - ☐ No, and further facilitated discussions are expected. *(See No. 4 below.)*
   - ☐ No, and further facilitated discussions are **not** expected.

4. If further facilitated discussions are expected, by what date will you check in with the parties? _____.

Dated: April 2, 2018

_____
Signature of Mediator

Robert J. Kane
Name of Mediator (print)

The Mediator is to electronically file original document.

# PROOF OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of 18 and am not a party to the within action. My business address is 620 Newport Center Drive, Suite 200, Newport Beach, California 92660. On **April 2, 2018,** I served the foregoing document described as follows:

## MEDIATION REPORT ADR-03

☒ **By United States Mail**: I am readily familiar with the firm's practice for collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Newport Beach, California, in the ordinary course of business. I enclosed the above-referenced document(s) in a sealed envelope or package addressed to the person(s) at the address(es) as set forth below, and following ordinary business practices above I placed the package for collection and mailing the date and at the place of business set forth below.

☒ **By Electronic Service**: I caused the document to be sent to the person(s) at the e-mail address(es) listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☒ **(FEDERAL)** I declare under the laws of the United States of America that I am employed in the office of a member of the Bar of this court at whose direction the service was made and that the foregoing is true and correct.

## SERVICE LIST

| | |
|---|---|
| Olu K. Orange, Esq.<br>Orange Law Offices<br>3435 Wilshire Boulevard, Suite 2910<br>Los Angeles, CA 90010<br>Email to: o.orange@orangelawoffices.com | Elizabeth G. O'Donnell, Esq.<br>California Department of Justice<br>300 South Spring Street, Suite 1702<br>Los Angeles, CA 90013<br>Email to: elizabeth.odonnell@doj.ca.gov |

Executed on April 2, 2018, at Newport Beach, California.

*Leessa M. Westwood*
Leessa M. Westwood